## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 12, 2025

| | |
|---|---|
| Ms. Christine Demana<br>Gibson, Dunn & Crutcher<br>2001 Ross Avenue<br>Suite 2100<br>Dallas, TX 75201 | Mr. James Patrick Kennedy<br>Office of the Attorney General<br>of Michigan<br>P.O. Box 30736<br>Lansing, MI 48909 |
| Mr. Felepe H. Hall<br>Office of the Attorney General<br>of Michigan<br>P.O. Box 30217<br>Lansing, MI 48909 | Mr. Derek Jeffrey Linkous<br>Bush, Seyferth<br>100 W. Big Beaver Road<br>Suite 400<br>Troy, MI 48084 |

Re: Case No. 25-1235, *Churchill Downs Technology Initiatives Company v. Michigan Gaming Control Board, et al*
Originating Case No. : 1:25-cv-00047

Dear Counsel,

   This appeal has been docketed as case number **25-1235** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **March 26, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the

transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-1235

CHURCHILL DOWNS TECHNOLOGY INITIATIVES COMPANY, dba TwinSpires

    Plaintiff - Appellee

v.

MICHIGAN GAMING CONTROL BOARD

    Defendant

and

HENRY L. WILLIAMS, JR., in his official capacity as Executive Director of the Michigan Gaming Control Board; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan

    Defendants - Appellants