UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1235**

Case Title: **Churchill Downs Technology Initiatives** vs. **Michigan Gaming Control Board, et al.**

List all clients you represent in this appeal:

**Arizona Department of Gaming**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **James M. Stipe**        Signature: s/ **James M. Stipe**

Firm Name: **Burch & Cracchiolo, P.A.**

Business Address: **1850 N. Central Ave., Suite 1700**

City/State/Zip: **Phoenix, Arizona 85004**

Telephone Number (Area Code): **602-274-7611**

Email Address: **jstipe@bcattorneys.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.