# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  August 22, 2025

### Notice of Oral Argument at 1:00 p.m. (Eastern Time) on Thursday, October 23, 2025

Mr. Thomas Henderson Dupree, Jr.
Gibson, Dunn & Crutcher
1700 M Street, N.W., Suite 900
Washington, DC 20036

Mr. James Patrick Kennedy
Office of the Attorney General of Michigan
2860 Eyde Parkway, 2nd Floor
East Lansing, MI 48823

Re:  No. 25-1235, *Churchill Downs Tech Init Co v. Michigan Gaming Control Board, et al*

Dear Counsel:

Your case is scheduled for oral argument at **1:00 p.m. (Eastern Time) on Thursday, October 23, 2025,** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio.  The time allotted for oral argument is 15 minutes per side.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **September 5, 2025**.

On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **12:30 p.m. (Eastern Time)**.  Court will convene at 1:00 p.m.  Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary. If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record. This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668. The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument. If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel. Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible. **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                                                  Sincerely yours,

                                                  s/Karen S. Fultz
                                                  Calendar Deputy

cc:  Mr. Phillip J. DeRosier
      Ms. Christine Demana
      Ms. Andrea L. Hansen
      Ms. Melinda A. Leonard
      Mr. Derek Jeffrey Linkous
      Mr. Mark G. Sands
      Mr. Patrick Gerard Seyferth
      Mr. James M. Stipe
      Mr. Jeffery V. Stuckey
      Mr. John William Tienken
      Ms. Abby Holland Walters
      Mr. Gerald A. Whalen